NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THOMAS BOSTICK, DOC #T13088          )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D17-3131
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed March 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; J. Rogers Padgett,
Senior Judge.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM, and LUCAS, JJ., Concur.